### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

LISA MURPHY                                                                                          PLAINTIFF
ADC #760343

V.                                       NO: 1:14CV00065 JM

VIRGINIA ROBINS *et al.*                                                                      DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE